Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Dylan Hughes (State Bar No. 209113)
dsh@girardgibbs.com
Jennifer L. McIntosh (State Bar No. 264903)
jlm@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON P. LUSTIG,<br><br>Plaintiff,<br>vs.<br><br>RUSHMORE LOAN MANAGEMENT SERVICES LLC,<br><br>Defendant. | Case No. 8:14-cv-01207 DSF-AJW<br><br>Assigned to the Honorable Dale S. Fischer<br><br>**STIPULATION TO EXTEND CLASS CERTIFICATION DEADLINE** |

WHEREAS, on July 30, 2014, Plaintiff filed a proposed class action complaint against Defendant alleging breach of contract, unjust enrichment, and violation of California's Unfair Competition Law, based on Defendant's alleged practice of imposing a higher interest rate on mortgage loans than is permitted by the governing loan agreements;

WHEREAS, Plaintiff served his complaint on August 1, 2014;

WHEREAS, Local Rule 23-3 requires that Plaintiff file a motion for class certification within 90 days of service of the complaint, unless otherwise ordered by the Court;

WHEREAS, Defendant has reported during the parties' early discovery discussions that the practice challenged in the complaint does not affect a substantial number of Defendant's customers, and is instead an isolated problem;

WHEREAS, Rushmore has agreed to provide documents to Plaintiff to corroborate its assertion;

WHEREAS, in the interest of proceeding efficiently and without unnecessary expenditure of time and resources by the parties, Plaintiff has temporarily restricted his discovery efforts to focusing on corroborating Defendant's assertion, rather than proceeding with broader discovery;

WHEREAS, the Court has set a scheduling conference in this case for November 10, 2014;

WHEREAS, the parties will be submitting a Joint Rule 26(f) Report in this case by November 3, 2014;

WHEREAS, the parties propose to proceed with these focused discovery efforts for the time being, without immediately expanding to the discovery that would be needed for the Court to decide the issue of class certification, and the parties seek relief from the requirements of Local Rule 23-3 for the time being, with the parties to propose a new class certification deadline in their Joint Rule 26(f) Report.

NOW, THEREFORE, the parties hereby stipulate as follows:

1. The parties agree and stipulate that the requirements of Local Rule 23-3 should be lifted for the above-captioned action;
2. If appropriate after completing the targeted discovery efforts described above, the parties shall propose a new deadline for class certification in their Joint Rule 26(f) Report, and the Court shall set an appropriate class certification deadline after the scheduling conference.

DATED: October 14, 2014

Respectfully submitted,

By: */s/ Dylan Hughes*

Dylan Hughes
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dsh@girardgibbs.com

*Attorneys for Plaintiff Jason P. Lustig*

DATED: October 14, 2014

**WRIGHT FINLAY AND ZAK LLP**

By: */s/ Jonathan Douglas Fink*
Jonathan Douglas Fink

*Attorneys for Defendant Rushmore Loan Management Services LLC*

## ATTESTATION STATEMENT

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: October 14, 2014

Respectfully submitted,

By: */s/ Dylan Hughes*

Dylan Hughes
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dsh@girardgibbs.com

*Attorneys for Plaintiff*