**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JASON P. LUSTIG,

Plaintiff,

vs.

RUSHMORE LOAN MANAGEMENT SERVICES LLC,

Defendant.

Case No. 8:14-cv-01207 DSF-AJW

Assigned to the Honorable Dale S. Fischer

**ORDER RE STIPULATION TO EXTEND CLASS CERTIFICATION DEADLINE**

Based upon the Stipulation to Extend Class Certification Deadline submitted by the parties, and good cause having been shown therefore, IT IS HEREBY ORDERED as follows:

The relief requested in the Stipulation is hereby granted. The 90 day class certification deadline set forth in Local Rule 23-3 of the United States District Court, Central District shall be extended. The parties shall propose a new class certification deadline in their Joint Rule 26(f) Report, and the Court shall set a new class certification deadline after the scheduling conference.

Dated: October 17, 2014

The Hon. Dale S. Fischer
United States District Court Judge